IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LITTLE W. OGLETREE, ) | Case No.1:15CV496 |
| Plaintiff, ) | |
| -vs- ) | O R D E R |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |

On March 16, 2015, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1).  This matter was referred to Magistrate Judge Greg White pursuant to Local Rule 72.2.  On October 13, 2015, the Magistrate Judge recommended dismissing this action for lack of prosecution. (Dkt. #14).  Plaintiff has not filed a response.

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge White's Report and Recommendation is **ADOPTED** and the case is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

**Dated:11/3/2015**        *S/Christopher A. Boyko*
**CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**